# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH LARSON, MIKE MARQUERING, ANTHONY MINEER, HECTOR OLASCOAGA, JOHNNY WESTPHAL, DAVID WILLIAMS, individually, and on behalf of all others similarly situated.<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC BELL TELEPHONE COMPANY, and DOES 1-200, inclusive,<br><br>Defendants. | Case No. 3:16-cv-04858-VC<br><br>[~~PROPOSED~~] **ORDER DISMISSING ACTION** |

The Court, having considered the submissions of Plaintiffs Keith Larson, Mike Marquering, Anthony Mineer, Hector Olascoaga, Johnny Westphal, and David Williams (collectively, "Named Plaintiffs") and Defendant Pacific Bell Telephone Company ("Pac Bell") (together, "the Parties"), and having considered the oral presentation by counsel for all Parties, and good cause appearing therefor, this Court orders as follows:

1. The individual causes of action of Plaintiffs Keith Larson, Mike Marquering, Anthony Mineer, Hector Olascoaga, Johnny Westphal, and David Williams are hereby dismissed with prejudice;
2. The class allegations asserted in the operative complaint in this action are dismissed without prejudice to any unnamed class members;
3. Defendant shall give notice of this dismissal to the Communications Workers of America: Local 9400;
4. Defendant shall file proof of service of such notice of the dismissal of this action on the Communications Workers of America: Local 9400 within fourteen (14) days of entry of the Order dismissing the action; and
5. Each of the Parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: February 14, 2018

HON. VINCE CHHABRIA

[PROPOSED] ORDER DISMISSING ACTION

228299279